UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   5:26-cv-3946-SK                         Date: July 23, 2026

Title       Aman Kumar v. Warden Adelanto ICE Processing Center, et al.

Present: The Honorable:  Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |

**Proceedings:**       (IN CHAMBERS) **ORDER GRANTING UNOPPOSED PETITION**

        Respondents are presenting no opposition to the petition for writ of habeas corpus under 28 U.S.C. § 2241.  (ECF 8).  The petition is thus construed as unopposed and, so construed, is GRANTED.

        Petitioner **Aman Kumar (A# 246-245-493**) is therefore ORDERED RELEASED IMMEDIATELY from custody on the conditions of his prior release on his own recognizance.  Judgment in petitioner's favor will be entered accordingly.