JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMAN KUMAR,<br>Petitioner,<br>v.<br>WARDEN ADELANTO ICE PROCESSING CENTER, et al.,<br>Respondents. | Case No. 5:26-cv-3946-SK<br>**JUDGMENT** |

Pursuant to the Order Granting Unopposed Petition, IT IS ADJUDGED that the 28 U.S.C. § 2241 petition is granted in Petitioner's favor. Petitioner **Aman Kumar (A# 246-245-493**) is therefore ORDERED RELEASED IMMEDIATELY from custody on the conditions of his prior release on his own recognizance.

DATED: July 23, 2026

STEVE KIM
United States Magistrate Judge